ANTHONY TOZZI v. PUBLIC SERVICE ELECTRIC AND
GAS COMPANY, ET AL.

November 1, 1988.

Petition for certification denied.

SHARON GREENE v. ESSEX COMMUNITY SERVICE CENTER.

November 1, 1988.

Petition for certification denied.

GUY BUSSELL v. DEWALT PRODUCTS CORPORATION, ET AL.
and BLACK & DECKER, (U.S.) INC.

November 1, 1988.

Petition for certification denied.

GUY BUSSELL v. DEWALT PRODUCTS CORPORATION, ET AL.
and BLACK & DECKER, (U.S.) INC.

November 1, 1988.

Petition for certification denied.